# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JEFFREY M COVER,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. 3:19-CV-05064-BHS-DWC

ORDER GRANTING UNOPPOSED MOTION TO STAY

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Jeffrey M. Cover filed a federal habeas Petition, pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction. Currently before the Court is Petitioner's "Motion Requesting Stay and Abeyance of Habeas Petition Pending Resolution of State Court Proceedings" ("Motion"). Dkt 7.

District courts may use a "stay-and-abeyance" procedure while a petitioner exhausts his claims in state court. *Rhines v. Weber*, 544 U.S. 269, 275-77; *Calderon v. United States District Court (Taylor)*, 134 F.3d 981, 988 (9th Cir.1998). Here, Petitioner contends a stay is proper because he has a personal restraint petition ("PRP") pending in the state courts and resolution of

the PRP is necessary to exhaust his federal claims. Dkt. 7. Respondent filed a Response stating he does not oppose the stay. Dkt. 11. Respondent contends the Petition is a "mixed petition" and the interests of justice would be best served by the Court staying the Petition and holding it in abeyance until Petitioner's PRP is finalized. Dkt. 9, 11.

After reviewing the relevant record, the Motion (Dkt. 7) is granted. The case is stayed. Because Petitioner is incarcerated and proceeding *pro se*, Respondent is directed to file a report every ninety (90) days informing the Court of the status of Petitioner's state proceedings. The first status report is due on or before August 5, 2019 and shall include the state court cause number. If the state court dismisses or resolves Petitioner's state court proceedings, Petitioner is directed to inform the Court and file a motion to lift the stay within 30 days of the state court taking action.

Dated this 6th day of May, 2019.

David W. Christel
United States Magistrate Judge