UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY M. COVER,

           Petitioner,

  v.

JEFFREY A. UTTECHT,

           Respondent.

CASE NO. C19-5064 BHS

ORDER

This matter comes before the Court on Plaintiff Jeffrey M. Cover's unopposed Motion for Extension of Time to object to Judge Christel's Report and Recommendation ("R&R"), Dkt. 55. Dkt. 56.

Cover, who is currently incarcerated at Coyote Ridge Corrections Center ("CRCC"), filed a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, seeking relief from his state court convictions and sentence. Dkt. 3 (original petition); Dkt. 48 (amended petition). On August 10, 2022, Judge Christel's R&R recommended that the Court dismiss Cover's amended petition and deny him a certificate of appealability. Dkt. 55. The parties had fourteen (14) days to object to the R&R. *Id.* at 27.

ORDER - 1

1 | Cover seeks a 90-day extension of time to object to the R&R, arguing that he has
2 | not had adequate access to the prison law library because CRCC has been on "facility
3 | wide outbreak status." Dkt. 56 at 2. Respondent Jeffrey A. Uttecht did not file an
4 | opposition to Cover's motion.
5 | Therefore, Cover's unopposed Motion for Extension of Time, Dkt. 56, is
6 | **GRANTED**. He may file objections to the R&R no later than November 25, 2022. The
7 | Clerk shall renote the R&R, Dkt. 55, for consideration on the Court's November 25, 2022
8 | calendar.
9 | Dated this 7th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge