UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY M. COVER,<br><br>        Petitioner,<br><br>v.<br><br>JEFFREY UTTECHT,<br><br>        Respondent. | CASE NO. 3:19-CV-5064-BHS-DWC<br><br>ORDER ON MOTION FOR EXTENSION |

    The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. Currently pending in this action is Petitioner Jeffrey M. Cover's Motion for Extension wherein Petitioner requests a 30-day extension of time to file his response to Respondent's Supplemental Answer. Dkt. 61. Petitioner states he needs additional time to respond to the Supplemental Answer because he is not trained in the law and has other required call-outs that limit his ability to conduct legal research. *Id*. Respondent did not file a response to the Motion. *See* Docket.

1 | After review of Petitioner's Motion and relevant record, the Motion for Extension (Dkt. 61)
2 | is granted. Petitioner's response to the Supplemental Answer must be filed on or before June 2,
3 | 2023.
4 | The Clerk is directed to note Respondent's Supplemental Answer (Dkt. 60) for June 2,
5 | 2023.
6 | Dated this 3rd day of May, 2023.

David W. Christel
Chief United States Magistrate Judge