UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY M. COVER, | CASE NO. C19-5064 BHS |
| Petitioner, | ORDER |
| v. | |
| JEFFREY A. UTTECHT, | |
| Respondent. | |

THIS MATTER is before the Court on Petitioner Jeffrey Cover's unopposed motion for an extension of time, Dkt. 65, to object to Magistrate Judge David W. Christel's Report and Recommendation (R&R), Dkt. 64. Cover seeks 45 days to object, citing his limited access to his legal papers and the prison law library. The motion is **GRANTED in part**. Cover shall file his objections by September 1, 2023. The clerk shall re-note the Report and Recommendation for September 8, 2023.

**IT IS SO ORDERED**.

//

//

//

ORDER - 1

1  Dated this 31st day of July, 2023.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2